UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CEDERICK WASHINGTON,

    Petitioner,

v.                                                Case No. 3:19-cv-1187-J-34MCR

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.
_____

## ORDER

        Petitioner Cederick Washington, an inmate of the Florida penal system, initiated this action on October 14, 2019, by filing via the mailbox rule a pro se Notice of Intent to File a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254, in which he also requests leave to exceed the twenty-five-page limit for a memorandum in support of his forthcoming habeas petition (Notice; Doc. 1). However, Washington has not filed an actual petition for writ of habeas corpus under 28 U.S.C. 2254. The Court notes "that a habeas suit begins with the filing of an application for habeas corpus relief-the equivalent of a complaint in an ordinary civil case." Woodford v. Garceau, 538 U.S. 202, 208 (2003); see also Lookingbill v. Cockrell, 293 F.3d 256, 263 (5th Cir. 2002) ("A habeas petition is pending only after a petition for a writ of habeas corpus itself is filed."). Therefore, Washington must first file a petition before seeking redress on issues associated with the petition. The Court has approved the use of a form for habeas corpus cases, and Washington will be provided with a copy of this form. All requests for relief must be in the

form of a pleading or a motion and must comply with the Federal Rules of Civil Procedure and the Local Rules of this Court.

Accordingly, it is

**ORDERED AND ADJUDGED:**

1. This case is **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk of Court shall enter judgment dismissing this case without prejudure and close this case.

3. The Clerk of Court shall send Washington a habeas corpus petition form. Washington should use the appropriate form if he decides to initiate a new case in this Court. He should not put this case number on the form, because the Clerk will assign a new case number upon receipt.

**DONE AND ORDERED** at Jacksonville, Florida, this 25th day of October, 2019.

MARCIA MORALES HOWARD
United States District Judge

Jax-8

C: Cederick Washington #158140